**O**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GARMON CORPORATION, a California corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>HEALTHYPETS, INC., a California corporation; MANDEEP GHUMMAN,<br><br>      Defendants. | Case No: 5:18-cv-809- ODW(SHKx)<br><br>Hon. Otis D. Wright II<br><br>**ORDER GRANTING PLAINTIFF'S UNCONTESTED MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE THE COPYRIGHT INFRINGEMENT CLAIM OF THE COMPLAINT FOR INJUNCTIVE RELIEF, TRADEMARK INFRINGEMENT, AND DAMAGES [101]** |

Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 101) and Federal Rule of Civil Procedure 41(a)(2),

**IT IS HEREBY ORDERED** that:

1. Plaintiff's fifth Cause of Action, sounding in copyright infringement, is hereby **DISMISSED** without costs or prejudice.

**IT IS SO ORDERED.**

April 25, 2019

_____
Hon. Otis D. Wright, II
United States District Judge