1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### IN THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GARMON CORPORATION, a California corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>HEALTHYPETS, INC., a California corporation; MANDEEP GHUMMAN,<br><br>     Defendants. | Case No:  5:18-cv-809 ODW (SHKx)<br><br>Hon. Otis D. Wright II<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISSOLVE OR MODIFY THE PRELIMINARY INJUNCTION AND FOR RESTITUTION (ECF NO. 108) AND MOTION FOR ATTORNEYS' FEES PURSUANT TO LANHAM ACT  § 35(A) [109]** |

The Court, having considered the Parties' submission, and with good cause shown, the instant stipulation is **GRANTED**.

Accordingly, **IT IS ORDERED** that the hearing date for the following motions filed by Defendants HealthyPets, Inc. and Mandeep Ghumman are hereby continued from June 24, 2019, at 1:30 p.m. to July 1, 2019, at 1:30 p.m.: (1) Motion to Dissolve or Modify the Preliminary Injunction and For Restitution (ECF No. 108); and (2) Motion for Attorneys' Fees Pursuant to Lanham Act § 35(a) (ECF No. 109).

May 29, 2019

_____
Hon. Otis D. Wright II
United States District Judge