# United States District Court
# Central District of California

| | |
|---|---|
| THE GARMON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHYPETS, INC., ET AL,<br><br>Defendants. | Case № 5:18-cv-00809-ODW (SHKx)<br><br>**JUDGMENT** |

## JUDGMENT

In light of the Court's Orders granting in part Defendants' motion for judgment on the pleadings (ECF No. 103) and denying Plaintiff's motion for leave to amend the complaint (ECF No. 133),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Court **DISMISSES, WITH PREJUDICE**, Plaintiff's Third, Fourth, and Fifth claims for relief, which were all alleged pursuant to 15 U.S.C. §§ 1114, 1125(a); 17 U.S.C. § 501.
2. The Court declines to exercise supplemental jurisdiction, and **DISMISSES**, without prejudice, Plaintiff's First, Second, Sixth, Seventh, and Eighth claims for relief.

3. The Court declines to exercise supplemental jurisdiction, and **DISMISSES**, without prejudice, all of Counter Claimant's claims for relief.
4. Judgment for Defendants on Plaintiff's Third, Fourth, and Fifth claims for relief.
5. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 6, 2019

								_____
								       **OTIS D. WRIGHT, II**
								**UNITED STATES DISTRICT JUDGE**